

March 2, 2016

**VIA ECF**
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
United Stated Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States of America v. Olga Proskurovsy, et al
         Criminal Case #: 15-CR-291 (RRM)

Honorable Judge Mauskopf:

  I write to respectfully request Your Honor to allow James Froccaro, Esq. to appear in my stead on behalf of Mrs. Proskurovsky on March 4, 2016. This request is necessary due to a scheduling conflict. I must appear on March 4, 2016, on the matter of People v. Eduard Bababekov, (2014NA010136) pending in Criminal Part 7, First District Court, Nassau County, State of New York. This scheduling conflict was inadvertently created when Judge Helen Voutsinas scheduled a hearing with a final marking for the same date as the above referenced matter.

  I thank Your Honor in advance for your consideration of this application.

              **Respectfully Submitted,**

               /S/
              Tony Mirvis, Esq.

cc: All Parties (Via ECF)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM